Anthony M. PIMENTAL III

v.

GOLDMAN, BIAFORE & HINES et al.

No. 80–211–A.

Supreme Court of Rhode Island.

Sept. 4, 1980.

William J. Peotrowski, Jr., Providence, for plaintiff.

John D. Biafore, Providence, for defendants.

## ORDER

The defendants' motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is assigned to the motion calendar for Monday, November 3, 1980 at 9:30 a. m. for oral argument.

DORIS, J., did not participate.